UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**5655 WEST SIDE ROAD, CAVE JUNCTION, JOSEPHINE COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, IMPROVEMENTS,**

AND

**5667 WEST SIDE ROAD, CAVE JUNCTION, JOSEPHINE COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, IMPROVEMENTS,** in rem,

    **Defendants.**

CV 04-191-MA

**ORDER OF DISMISSAL**

This matter having come before the court on plaintiff's motion to dismiss, and based upon the records and files of this action,

IT IS HEREBY ORDERED this action is dismissed.

SO ORDERED this 25 day of October, 2007.

                                                  MALCOLM F. MARSH
                                                United States District Judge